UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSS A. KESSLER,

                Plaintiff(s),

-against-

DANIEL N. THISTLE and NATIONAL FREIGHT, INC.,

                Defendant(s).

**RULE 7.1 DISCLOSURE STATEMENT**

Civil No.: 08-CV-3409

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 7.1, defendant, NATIONAL FREIGHT, INC., by and through its undersigned attorneys, make the following disclosure:

The defendant, NATIONAL FREIGHT, INC., does not have a parent corporation.

No publicly held corporation owns 10% or more of the stock of the defendant, NATIONAL FREIGHT, INC.

Dated:    White Plains, New York
            April 14, 2008

By: _____

MICHAEL D. SHALHOUB, ESQ. (MS 2879)
MARGARET A. PORCELLI, ESQ. (MAP8511)
GOLDBERG SEGALLA, LLP
**Attorneys for Defendant**
NATIONAL FREIGHT, INC.,
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Phone: (914) 798-5400
Fax:   (914) 798-5401

TO:    Gregory M. Sobo, Esq.
SOBO & SOBO, LLP
*Attorneys for Plaintiffs*
One Dolson Avenue
Middletown, New York 10940
(845) 343-0466

Daniel N. Thistle
P.O. Box 265
Pittsburg, New Hampshire 03592

107659.1

Kessler v. Daniel Thistle & NFI
Civil No.: 08-CV-3409
GS File No.: 6099.pending

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE** was served upon the following by deposit in the United States mail, first class postage prepaid, this 14th day of April, 2008.

>Gregory M. Sobo, Esq.
>SOBO & SOBO, LLP
>*Attorneys for Plaintiffs*
>One Dolson Avenue
>Middletown, New York 10940
>(845) 343-0466
>
>Daniel N. Thistle
>P.O. Box 265
>Pittsburg, New Hampshire 03592

By: _____
MICHAEL D. SHALHOUB, ESQ. (MS 2879)
MARGARET A. PORCELLI, ESQ. (MAP8511)
GOLDBERG SEGALLA, LLP
**Attorneys for Defendant**
NATIONAL FREIGHT, INC.,
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Phone: (914) 798-5400
Fax:    (914) 798-5401