UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSS A. KESSLER,

        Plaintiff,

-against-

DANIEL N. THISTLE and NATIONAL FREIGHT, INC.,

        Defendant.

**NOTICE OF APPEARANCE**

Civil No.: 08-CV-3409

---

**PLEASE TAKE NOTICE** that the law firm of Goldberg Segalla, LLP hereby appears as counsel of record for defendant DANIEL N. THISTLE and requests that all future notices and other papers be served upon Goldberg Segalla, LLP at 170 Hamilton Avenue, Suite 203, White Plains, New York 10601-1717.

Dated: White Plains, New York
       April 22, 2008

By: _____
MICHAEL D. SHALHOUB, ESQ. (MS 2879)
MARGARET A. PORCELLI, ESQ. (MAP8511)
GOLDBERG SEGALLA, LLP
**Attorneys for Defendant**
NATIONAL FREIGHT, INC.,
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Phone: (914) 798-5400
Fax:   (914) 798-5401

TO:    Gregory M. Sobo, Esq.
SOBO & SOBO, LLP
***Attorneys for Plaintiffs***
One Dolson Avenue
Middletown, New York 10940
(845) 343-0466

Kessler v. Daniel Thistle & NFI
Civil No.: 08-CV-3409
GS File No.: 6099.pending

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served upon the following by deposit in the United States mail, first class postage prepaid, this 22nd day of April, 2008.

>Gregory M. Sobo, Esq.
>SOBO & SOBO, LLP
>*Attorneys for Plaintiffs*
>One Dolson Avenue
>Middletown, New York 10940
>(845) 343-0466

By: _____
MICHAEL D. SHALHOUB, ESQ. (MS 2879)
MARGARET A. PORCELLI, ESQ. (MAP8511)
GOLDBERG SEGALLA, LLP
**Attorneys for Defendant**
NATIONAL FREIGHT, INC.,
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Phone: (914) 798-5400
Fax:   (914) 798-5401